# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Civil Action No. 15-cv-00156-REB-MJW

WILLIAM KELIHOLOKAI,

    Plaintiff,

v.

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Joint Stipulation for Dismissal with Prejudice** [#26][1] filed October 19, 2015. After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulation for Dismissal with Prejudice** is approved;

2. That any pending pretrial deadlines are vacated; and

3. That this action is dismissed with prejudice with the parties to pay their own attorney fees and costs.

---

[1] "[#26]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

Dated October 19, 2015, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge